HONORABLE KAREN L. STROMBOM
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GREG LEONARDO, a single person,<br><br>Plaintiff,<br><br>vs.<br><br>JUAN BARELA and JANE DOE BARELA, husband and wife and the marital community comprised thereof, ERNEST BARELA and JANE DOE BARELA, husband and wife and the marital community composed thereof, and BARELA INVESTMENT & DEVELOPMENT SERVICES,<br><br>Defendants. | NO.   3:09-cv-05176-KLS<br><br>STIPULATION AND ORDER OF DISMISSAL |

# I. STIPULATION

The parties, by and through their attorneys of record, hereby stipulate and agree that all claims by Plaintiff Greg Leonardo against Defendants Juan and Jane Doe Barela, Ernest and Jane Doe Barela, and Barela Investment and Development

STIPULATION AND
ORDER OF DISMISSAL - 1

**Velikanje Halverson P.C.**
405 East Lincoln Ave.
P.O. Box 22550
Yakima, WA 98907
**(509) 248-6030**

Services, and all counter claims of Defendants Juan and Jane Doe Barela, Ernest and Jane Doe Barela, and Barela Investment and Development Services against Plaintiff Greg Leonardo, have been settled and Plaintiff's claims against Defendants and Defendants' counterclaims against Plaintiff should be dismissed with prejudice, without an award of costs to any party.

DATED this 7th day of February, 2011.

        s/ James S. Elliott,  WSBA No. 28420
        VELIKANJE HALVERSON P.C.
        *Attorneys for Plaintiff*
        405 East Lincoln Avenue
        P.O. Box 22550
        Yakima, Washington 98907
        Telephone:  (509) 248-6030
        Fax:  (509) 453-6880
        Email:  jelliott@vhlegal.com

        s/ Roger J. Sharp, WSBA No. 12211
        SHARP LAW PROFESSIONAL CORP.
        *Attorney for Defendants*
        4400 NE 77th Avenue, Suite 275
        Vancouver, WA  98662
        Telephone:  (360) 635.1653
        Email:  rsharp@sharplaw.com

STIPULATION AND
ORDER OF DISMISSAL - 2

## II. ORDER

THIS MATTER having come before the court and upon the written stipulation of the parties and inasmuch as this matter has been fully settled, now therefore,

IT IS ORDERED that the above-entitled action against Defendants Juan and Jane Doe Barela, Ernest and Jane Doe Barela, and Barela Investment and Development Services be, and the same hereby is, dismissed with prejudice and without costs.  Defendants Juan and Jane Doe Barela, Ernest and Jane Doe Barela, and Barela Investment and Development Services' counterclaims against Plaintiff Greg Leonardo are also dismissed with prejudice and without costs.

DATED this 7th day of February, 2011.

Karen L. Strombom
United States Magistrate Judge

STIPULATION AND
ORDER OF DISMISSAL - 3

**Velikanje Halverson P.C.**
405 East Lincoln Ave.
P.O. Box 22550
Yakima, WA 98907
**(509) 248-6030**

# CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following:

Attorney for Defendants - Roger J. Sharp
rsharp@Sharplaw.com

s/ James S. Elliott,  WSBA No. 28420
VELIKANJE HALVERSON P.C.
*Attorneys for Plaintiff*
405 East Lincoln Avenue
P.O. Box 22550
Yakima, Washington 98907
Telephone:  (509) 248-6030
Fax:  (509) 453-6880
Email:  jelliott@vhlegal.com

G:\JSE\LEONARDO, GREG\Pleadings\Sitpulated Dismissal.doc
2/7/2011 11:39 AM jlf

STIPULATION AND
ORDER OF DISMISSAL - 4